# DENIED
## BY ORDER OF THE COURT

```
FILED
CLERK, U.S. DISTRICT COURT

APR 1, 2019

CENTRAL DISTRICT OF CALIFORNIA
BY:      BH      DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL WILKERSON *et. al.*, | **CASE NO**. 10-CV-01954 VAP (OPx) |
| Plaintiffs, | Assigned to Honorable Judge Virginia Phillips |
| vs. | |
| CITY OF RIVERSIDE *et. al.*, | **[PROPOSED] ORDER FOR COURT APPROVAL OF MINORS' COMPROMISE** |
| Defendants. | NO HEARING REQUIRED |

**GOOD CAUSE HAVING BEEN FOUND,**

In accordance with the Parties Stipulation, **IT IS ORDERED THAT**: Defendant CITY shall provide a Check to the "Attorney/ Client Trust Account of Caree Annette Harper" in the amount of $5,500.00 as it is the only amount remaining for Defendants to pay within 30 days.

//

//

1

**[PROPOSED] ORDER FOR COURT APPROVAL OF MINORS' COMPROMISE**

1    PLAINTIFFS shall file a request dismiss case with prejudice within 10 days
2  after receipt of funds.

4  Dated:

**DENIED**
BY ORDER OF THE COURT

Counsel must prepare and submit an Application to Approve Minor's Compromise.

By:   <u>VIRGINIA A. PHILLIPS</u>
HON. VIRGINIA PHILLIPS
U.S DISTRICT COURT JUDGE

**[PROPOSED] ORDER FOR COURT APPROVAL OF MINORS' COMPROMISE**